# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (CINCINNATI)

| | | |
|---|---|---|
| PHILLIP RAMSEY, an individual, | : | Case No. 1:16-cv-1059 |
| Plaintiff, | : | |
| v. | : | **NOTICE OF FILING EXHIBITS TO MOTION FOR SUMMARY JUDGMENT** |
| RECEIVABLES PERFORMANCE MANAGEMENT, LLC, a Washington corporation, | : | |
| Defendant. | : | |

Notice is hereby given that Defendant, Receivables Performance Management, LLC is filing the following documents in connection with the filing of its Motion for Summary Judgment:

Exhibit 1   December 20, 1991 Presidential Statement on Signing the Telephone Consumer Protection Act of 1991.

Exhibit 2   Exhibit 8 to Plaintiff's Deposition, Declaration of James Noble.

March 11, 2019                                                         Respectfully submitted,

By:   *s/Sean P. Flynn*
Sean P. Flynn, Esq.
**GORDON & REES LLP**
2211 Michelson Drive, Suite 400
Irvine, California 92612
Tel:   (949) 255-6958
sflynn@grsm.com
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I the undersigned, certify and declare that I am over the age of 18 years, and am an employee of Gordon Rees Scully Mansukhani, LLP, 2211 Michelson Drive, Suite 400, Irvine, CA  92612.

On **March 11, 2019** and pursuant to FRCP 5(b), I served a true and correct of the foregoing **NOTICE OF FILING EXHIBITS TO MOTION FOR SUMMARY JUDGMENT** to the parties listed below as follows:

| | |
|---|---|
| Adam V. Sadlowski, Esq.<br>Cori R. Besse, Esq.<br>SADLOWSKI & BESSE L.L.C.<br>11427 Reed Hartman Highway, Suite 217<br>Blue Ash, Ohio 45241<br>Tel:     (513) 618-6596<br>Fax:    (513) 618-6442<br>Email: asadlowski@sb-lawyers.com<br>           cbesse@sb-lawyers.com<br><br>Attorneys for Plaintiff<br>Phillip Ramsey | ☐ U.S. Mail Postage Prepaid<br>☒ CM/ECF<br>☐ Hand Delivery<br>☐ Email: |

I declare that I am employed in the office of a member of the Ohio State Bar who is permitted to practice before this Court, at whose direction the service stated above was made, and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 11, 2019, at Irvine, California.

_____
Leslie M. Handy

1130547/43893255v.1